IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN BARBIN,<br><br>               Plaintiff,<br><br>     v.<br><br>MV TRANSPORTIATION, INC.,<br><br>               Defendant. | 1:12-CV-232  AWI GSA<br><br>ORDER VACATING APRIL 8, 2013 HEARING AND TAKING MATTER UNDER SUBMISSION |

   Currently set for hearing and decision on April 8, 2013, is Defendant's motion for summary judgment.  The matter is scheduled for hearing to be held on April 8, 2013.  Pursuant to Local Rule 230(h), the Court has reviewed the moving papers and has determined that the matter is suitable for decision without oral argument.

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 8, 2013, is VACATED, and the parties shall not appear at that time.  As of April 8, 2013, the Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 4, 2013

_____
SENIOR  DISTRICT  JUDGE